IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RUSSELL EGAN, ) | | FILED: JULY 23, 2008 |
| ) | | 08CV4182 |
| Plaintiff, ) | | JUDGE CASTILLO |
| ) | | MAGISTRATE JUDGE NOLAN |
| vs. ) | Case No. | TG |
| ) | Judge | |
| LOCAL MOTION ENTERTAINMENT, ) | Magistrate Judge | |
| INC., and LOCAL MOTION ) | | |
| ENTERTAINMENT, INC., d/b/a WILMOT ) | | |
| SPEEDWAY, ) | | |
| ) | | |
| Defendants. ) | | |

**DEFENDANT'S PETITION FOR REMOVAL**

LOCAL MOTION ENTERTAINMENT, INC., d/b/a WILMOT SPEEDWAY ("Defendant"), by and through its attorneys, Dowd & Dowd, Ltd., petitions for removal of this action, originally filed in the Circuit Court of Lake County, Illinois, as <u>Russell Egan v. Local Motion Entertainment, Inc., and Local Motion Entertainment, Inc., d/b/a Wilmot Speedway</u>, 08L-506, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a). In support of its petition, Defendant states as follows:

1.    On June 23, 2008, Russell Egan ("Plaintiff") filed a complaint in the Circuit Court of Lake County, Illinois, alleging negligence against Defendant. [A copy of this complaint is attached as Exhibit A.]

2.    Plaintiff obtained service on Defendant by way of an Illinois registered agent on June 23, 2008.

3. Counsel for Defendant obtained a copy of this complaint on Tuesday, July 22, 2008.

4. Upon information and belief, Plaintiff is a resident of the State of Illinois. [A copy of the "Motorsports Incident Report" is attached as Exhibit B.]

5. Defendant is a State of Wisconsin corporation with its principal place of business in Wisconsin.

6. Defendant corporation is a resident of the State of Wisconsin.

7. The alleged accident took place in the Town of Wilmot, State of Wisconsin.

8. Plaintiff alleges in his complaint that the Defendant operated a tow truck in a negligent manner, causing Plaintiff to suffer injuries of a personal and pecuniary nature.

9. Plaintiff is seeking an amount in excess of $50,000.

10. Plaintiff claims permanent injuries and losses due to this accident.

11. Plaintiff also claims future medical expenses, future lost income, permanent disfigurement and disablement, and future pain and suffering.

12. "[W]hen plaintiffs allege serious, permanent injuries and significant medical expenses, it is obvious from the face of the complaint that the plaintiffs' damages exceeded the jurisdictional amount…" McCoy by Webb v. General Motors Corp., 226 F. Supp.2d 939, 942 (N.D. Ill. 2002).

13. Based on the foregoing, this court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) because this is a civil action in which the amount in controversy exceeds $75,000.00 and Plaintiff and Defendant are citizens of different states.

14.	The undersigned has been retained to represent the named Defendant and the Defendant joins in the removal of this action from the Circuit Court of Lake County, Illinois, to the United States District Court for the Northern District of Illinois.

Respectfully Submitted,

Dowd & Dowd, Ltd.

/s/ Patrick C. Dowd_____

Attorney for Defendant Local
Motion Entertainment, Inc., d/b/a
Wilmot Speedway

Patrick C. Dowd
Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, Illinois 60661
(312) 704-4400
(312) 704-4500 fax

PCD/msk

CHRISTOPHER C. STARCK

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) SS | |
| COUNTY OF LAKE | ) | |

IN THE CIRCUIT COURT OF THE NINETEENTH
JUDICIAL CIRCUIT, LAKE COUNTY, ILLINOIS

| | | |
|---|---|---|
| RUSSELL EGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | General No. |
| | ) | |
| LOCAL MOTION ENTERTAINMENT, | ) | |
| INC. and LOCAL MOTION ENTERTAIN- | ) | |
| MENT, INC. d/b/a WILMOT SPEEDWAY, | ) | 08L506 |
| | ) | |
| Defendants. | ) | |

**COMPLAINT AT LAW**

**Count I**

NOW COMES the plaintiff, RUSSELL EGAN, by and through his attorneys, Law Offices ROBERT N. GOSHGARIAN, and complaining of the defendant, LOCAL MOTION ENTERTAINMENT, INC., states as follows:

1. On September 9, 2006, the defendant, LOCAL MOTION ENTERTAINMENT, INC., owned, operated, managed, and maintained a tow truck on the racetrack known as Wilmot Speedway in the Town of Wilmot, Kenosha County, State of Wisconsin.

2. On September 9, 2006, the plaintiff, RUSSELL EGAN, was a pedestrian legally upon the raceway grounds at Wilmot Speedway in the Town of Wilmot, Kenosha County, and State of Wisconsin.

1

3. At that time and place, there was a collision between the tow truck being operated by the defendant, LOCAL MOTION ENTERTAINMENT, INC., and the plaintiff, RUSSELL EGAN, who was a pedestrian.

4. At that time and place the defendant, LOCAL MOTION ENTERTAINMENT, INC., was negligent in one or more of the following respects:

a) Operated its motor vehicle in a direction opposite of the traffic pattern on the raceway;

b) carelessly and negligently operated its motor vehicle without keeping a proper and sufficient look out;

c) operated its motor vehicle at a rate of speed greater than reasonable;

d) failed to reduce its speed in order to avoid a collision with the plaintiff, in violation of 625 ILCS 5/11-601(a);

e) failed to exercise due care to avoid colliding with the plaintiff in violation of 625 ILCS 5/11-1003.1;

f) failed to give warning to the plaintiff by sounding its horn in violation of 625 ILCS 5/11-1003.1;

g) failed to provide a visual signal or to illuminate oscillating, rotating or flashing lights or lamps on its tow truck so as to notify the plaintiff of its approach;

h) failed to take evasive maneuvers in order to avoid striking the plaintiff.

5. As a direct and proximate result of one or more of the aforesaid negligent acts or omissions of the defendant, LOCAL MOTION ENTERTAINMENT, INC., the plaintiff, RUSSELL EGAN, sustained injuries and losses, all of which are permanent and which have and will in the future cause him great pain and suffering and which have and will in the future cause him to become permanently disfigured and disabled and which have and will in the future cause him to lose income and earnings and other gains which he otherwise would have made and which have and will in the future cause him to become liable for medical expenses.

### Count II

NOW COMES the plaintiff, RUSSELL EGAN, by and through his attorneys, Law Offices ROBERT N. GOSHGARIAN, and complaining of the defendant, LOCAL MOTION ENTERTAINMENT, INC., states as follows:

1. On September 9, 2006, the defendant, LOCAL MOTION ENTERTAINMENT, INC., acting by and through its duly authorized agent and/or employee, operated, managed, and maintained a tow truck on the racetrack known as Wilmot Speedway in the Town of Wilmot, Kenosha County, State of Wisconsin.

2. On September 9, 2006, the plaintiff, RUSSELL EGAN, was a pedestrian legally upon the raceway grounds at Wilmot Speedway in the Town of Wilmot, Kenosha County, and State of Wisconsin.

3. At that time and place, there was a collision between the tow truck being operated by the defendant, LOCAL MOTION ENTERTAINMENT, INC., acting by and through its duly authorized agent and/or employee, and the plaintiff, RUSSELL EGAN, who was a pedestrian.

4. At that time and place the defendant, LOCAL MOTION ENTERTAINMENT, INC., acting by and through its duly authorized agent and/or employee, was negligent in one or more of the following respects:

   a) Operated its motor vehicle in a direction opposite of the traffic pattern on the raceway;

   b) carelessly and negligently operated its motor vehicle without keeping a proper and sufficient look out;

   c) operated its motor vehicle at a rate of speed greater than reasonable;

   d) failed to reduce its speed in order to avoid a collision with the plaintiff, in violation of 625 ILCS 5/11-601(a);

e) failed to exercise due care to avoid colliding with the plaintiff in violation of 625 ILCS 5/11-1003.1;

f) failed to give warning to the plaintiff by sounding its horn in violation of 625 ILCS 5/11-1003.1;

g) failed to provide a visual signal or to illuminate oscillating, rotating or flashing lights or lamps on its tow truck so as to notify the plaintiff of its approach;

h) failed to take evasive maneuvers in order to avoid striking the plaintiff.

5. As a direct and proximate result of one or more of the aforesaid negligent acts or omissions of the defendant, LOCAL MOTION ENTERTAINMENT, INC., acting by and through its duly authorized agent and/or employee, the plaintiff, RUSSELL EGAN, sustained injuries and losses, all of which are permanent and which have and will in the future cause him great pain and suffering and which have and will in the future cause him to become permanently disfigured and disabled and which have and will in the future cause him to lose income and earnings and other gains which he otherwise would have made and which have and will in the future cause him to become liable for medical expenses.

WHEREFORE, the plaintiff, RUSSELL EGAN, respectfully requests judgment against the defendant, LOCAL MOTION ENTERTAINMENT, INC., in an amount in excess of Fifty Thousand Dollars ($50,000.00), plus costs.

## COUNT III

NOW COMES the plaintiff, RUSSELL EGAN, by and through his attorneys, Law Offices ROBERT N. GOSHGARIAN, and complaining of the defendant, LOCAL MOTION ENTERTAINMENT, INC., d/b/a WILMOT SPEEDWAY states as follows:

1. On September 9, 2006, the defendant, LOCAL MOTION ENTERTAINMENT, INC. d/b/a WILMOT SPEEDWAY, owned, operated, managed, and maintained a tow truck on the racetrack known as Wilmot Speedway in the Town of Wilmot, Kenosha County, State of Wisconsin.

2.	On September 9, 2006, the plaintiff, RUSSELL EGAN, was a pedestrian legally upon the raceway grounds at Wilmot Speedway in the Town of Wilmot, Kenosha County, and State of Wisconsin.

3.	At that time and place, there was a collision between the tow truck being operated by the defendant, LOCAL MOTION ENTERTAINMENT, INC. d/b/a WILMOT SPEEDWAY, and the plaintiff, RUSSELL EGAN, who was a pedestrian.

4.	At that time and place the defendant, LOCAL MOTION ENTERTAINMENT, INC. d/b/a WILMOT SPEEDWAY was negligent in one or more of the following respects:

   a)	Operated its motor vehicle in a direction opposite of the traffic pattern on the raceway;

   b)	carelessly and negligently operated its motor vehicle without keeping a proper and sufficient look out;

   c)	operated its motor vehicle at a rate of speed greater than reasonable;

   d)	failed to reduce its speed in order to avoid a collision with the plaintiff, in violation of 625 ILCS 5/11-601(a);

   e)	failed to exercise due care to avoid colliding with the plaintiff in violation of 625 ILCS 5/11-1003.1;

   f)	failed to give warning to the plaintiff by sounding its horn in violation of 625 ILCS 5/11-1003.1;

   g)	failed to provide a visual signal or to illuminate oscillating, rotating or flashing lights or lamps on its tow truck so as to notify the plaintiff of its approach;

   h)	failed to take evasive maneuvers in order to avoid striking the plaintiff.

5. As a direct and proximate result of one or more of the aforesaid negligent acts or omissions of the defendant, LOCAL MOTION ENTERTAINMENT, INC. d/b/a WILMOT SPEEDWAY, the plaintiff, RUSSELL EGAN, sustained injuries and losses, all of which are permanent and which have and will in the future cause him great pain and suffering and which have

and will in the future cause him to become permanently disfigured and disabled and which have and will in the future cause him to lose income and earnings and other gains which he otherwise would have made and which have and will in the future cause him to become liable for medical expenses.

WHEREFORE, the plaintiff, RUSSELL EGAN, respectfully requests judgment against the defendant, LOCAL MOTION ENTERTAINMENT, INC. d/b/a WILMOT SPEEDWAY, in an amount in excess of Fifty Thousand Dollars ($50,000.00), plus costs.

### Count IV

NOW COMES the plaintiff, RUSSELL EGAN, by and through his attorneys, Law Offices ROBERT N. GOSHGARIAN, and complaining of the defendant, LOCAL MOTION ENTERTAINMENT, INC. d/b/a WILMOT SPEEDWAY, states as follows:

1. On September 9, 2006, the defendant, LOCAL MOTION ENTERTAINMENT, INC. d/b/a WILMOT SPEEDWAY acting by and through its duly authorized agent and/or employee, operated, managed, and maintained a tow truck on the racetrack known as Wilmot Speedway in the Town of Wilmot, Kenosha County, State of Wisconsin.

2. On September 9, 2006, the plaintiff, RUSSELL EGAN, was a pedestrian legally upon the raceway grounds at Wilmot Speedway in the Town of Wilmot, Kenosha County, and State of Wisconsin.

3. At that time and place, there was a collision between the tow truck being operated by the defendant, LOCAL MOTION ENTERTAINMENT, INC. d/b/a WILMOT SPEEDWAY acting by and through its duly authorized agent and/or employee, and the plaintiff, RUSSELL EGAN, who was a pedestrian.

4. At that time and place the defendant, LOCAL MOTION ENTERTAINMENT, INC. d/b/a WILMOT SPEEDWAY acting by and through its duly authorized agent and/or employee, was negligent in one or more of the following respects:

- a) Operated its motor vehicle in a direction opposite of the traffic pattern on the raceway;

- b) carelessly and negligently operated its motor vehicle without keeping a proper and sufficient look out;

- c) operated its motor vehicle at a rate of speed greater than reasonable;

- d) failed to reduce its speed in order to avoid a collision with the plaintiff, in violation of 625 ILCS 5/11-601(a);

- e) failed to exercise due care to avoid colliding with the plaintiff in violation of 625 ILCS 5/11-1003.1;

- f) failed to give warning to the plaintiff by sounding its horn in violation of 625 ILCS 5/11-1003.1;

- g) failed to provide a visual signal or to illuminate oscillating, rotating or flashing lights or lamps on its tow truck so as to notify the plaintiff of its approach;

- h) failed to take evasive maneuvers in order to avoid striking the plaintiff.

5. As a direct and proximate result of one or more of the aforesaid negligent acts or omissions of the defendant, LOCAL MOTION ENTERTAINMENT, INC. d/b/a WILMOT SPEEDWAY, acting by and through its duly authorized agent and/or employee, the plaintiff, RUSSELL EGAN, sustained injuries and losses, all of which are permanent and which have and will in the future cause him great pain and suffering and which have and will in the future cause him to become permanently disfigured and disabled and which have and will in the future cause him to lose income and earnings and other gains which he otherwise would have made and which have and will in the future cause him to become liable for medical expenses.

WHEREFORE, the plaintiff, RUSSELL EGAN, respectfully requests judgment against the defendant, LOCAL MOTION ENTERTAINMENT, INC. d/b/a WILMOT SPEEDWAY, in an amount in excess of Fifty Thousand Dollars ($50,000.00), plus costs.

_____
RICHARD G. GOSHGARIAN

Law Offices
ROBERT N. GOSHGARIAN,
a Professional Corporation
220 West Washington
Waukegan, Illinois 60085
(847) 336-5900
ARDC No. 06208944

7

**EXHIBIT B**

# Motorsports Incident Report

**Name of Track:** Local Motion LMEI Enter. Inc.
**Sanctioning body:**
**Date of incident:** 9-9-0?
**Time of incident:** 22:10  ☐ AM  ☐ PM
**Pit pass or permit number:**

## Injured Person

**Name:** Russ Egan
☒ Spectator  ☐ Participant
**Address:** 36799 Grandwood
**City, State, Zip:** Gurnee, IL 60031
**Phone number:** (847) 356-6804
**Social security #:**
**Health/Accident Insurance carrier: (Primary):** —
**Date of Birth:** 7-17-58
☒ Male  ☐ Female

## Event information

**Event name:** Racing
**Event site:** Wilmot Racetrack

**Location of accident:**
☐ Track
☐ Parking lot
☒ Pits
☒ Stands
☐ Restricted area
☐ Other

**Race**
Class:
Category:
Length:
Chassis:
# of vehicles starting race:

**Participant Injury:**
☐ Driver (Yrs experience = )
☒ Pit crew
☐ Vendor
☐ Official
☐ Other:

**Clothing:**
☐ Fire retardant
☒ Street clothes
☐ Other:

**Weather**
☒ Clear
☐ Cloudy
☐ Rain
☐ Other:

**Helmet**
☐ Full face
☐ Open face
☐ Other:

**Roll Cage**
☐ Full
☐ Partial
☐ Bolted/Gusseted

## Injury information

**Part of body**
Side — Left  Right
☐ Hand:
☐ Arm:
☐ Foot:
☐ Side:
☐ Shoulder: ☒
☐ Hip:
☐ Back:
☐ Neck:
☐ Chest:
☐ Head:
☐ Eye:
Leg/knee ☒

**Disposition**
☐ Consult only
☐ On-site treatment
☐ Will seek own treatment
☒ Transported by ambulance to: St Cats via Silver Lake
Phone # of facility:
☐ Fatality
☐ Other:

**Description of Incident:**
Pt was hit by tow truck while walking in the middle of the pit road. Pt was struck on (L) side. Pt was on ground and conscious upon arrival. c/o pain to left shoulder + left knee. Pt assist assisted onto stretcher into ambulance. Leg splinted - transferred to Silverlake Rescue for transport.

**Track Official preparing report**
**Print name:** Darlene Kurkhouse
**Signed:** Darlene Kurkhouse
**Date:** 9-9-08

**Witness:**
**Witness:**

RECEIVED NOV 17 2006
RAND S&E INSURANCE

**Phone #:** ( )
**Phone #:** ( )

Rand Sports & Entertainment Insurance, Inc.
400 South Atlantic Avenue, Suite 101
Ormond Beach, Florida 32176-7142

Contact Information
Phone: 386.672.4260 extension 10
Fax: 386.672.4630

TRANSPORT

## PATIENT INFORMATION

| INCIDENT REPORT FORM | |
|---|---|
| LME, Inc. | |
| WILMOT SPEEDWAY | |
| WILMOT, WISCONSIN | |

NAME: Russ Egan
ADDRESS: 36799 Grandwood
CITY: Gurnee   STATE: IL   ZIP: 60031
PHONE: (847) 356-6804
DOB: 7-17-58   AGE: 48   SEX: M

DATE: 9-9-06
TIME OF ONSET: 2210   COMPLAINT: L-Knee / L-Shoulder - Elbow
CURRENT MEDICATION: ∅   ALLERGIES: NKA

DRIVER: N/A
CAR TYPE: 
CAR NO: 

✗ PIT CREW
CAR NO. 33

EMPLOYEE: N/A
SPECTATOR:

### CONDITION ON SCENE

**ARREST**
- WITNESSED ✓
- UNWITNESSED
- CITIZEN CPR

**MENTAL STATE**
- CONSCIOUS ✓
- UNCONSCIOUS

**SKIN**
- NORMAL ✗
- CYANOTIC
- PALE
- FLUSHED
- DIAPHORETIC
- DRY

**PUPILS**
- EQUAL ✗
- UNEQUAL
- DILATED
- CONSTRICTED
- REACTIVE ✗
- NON-REACTIVE

### TREATMENT AT SCENE

1) AIRWAY
2) ASSESSMENT
3) BACKBOARD
4) BANDAGING
5) C COLLAR
6) CONTROLLED BLEEDING
7) CPR
8) EXTRICATION
9) K.E.D
10) MAST SUIT
11) OXYGEN @ ___ L
12) SPLINTING ✗
13) SUCTIONING
14) TRACTION
15) VENTILATION
16) VITAL SIGNS
17) AED

### VITALS

| TIME | BP | PULSE | RESP |
|---|---|---|---|
| 2220 | 138/40 | 88 | |

### SUPPLIES

| QTY. | SUPPLIES |
|---|---|
| 1 | Air Splint |

REPORT: Pt was walking in pit area after races - witness heard a fall and he states next thing he knew he was laying on the ground. Pt c/o L-knee 7/10 / L-shoulder 5/10. SLRS was called thru 911 dispatch. Pt felt slight improvement with L leg immobilization. Pt transported by Silver Lake Rescue to St Cats. Vitals checked. Pt denies loss of consciousness.

### CONSENT TO DISCHARGE FROM MEDICAL RESPONSIBILITY

I, Russ Egan, LME, Inc., and employees, and the ambulance personnel of any further responsibility and acknowledge that hereby release have been advised by the ambulance personnel as follows:

___ that I should have emergency first-aid medical treatment, or other medical treatment, which I am refusing
___ that having received medical treatment, I am refusing further aid or transport to a medical facility
___ that having received medical treatment, I should consult a private physician regarding medical attention.

Signature of ___ patient, or ___ person authorized to consent: TRANSPORT
Date: 9/9/06

RECEIVED NOV 17 2006
RAND S&E INSURANCE

### AMBULANCE PERSONNEL / TREATMENT

Darlene Kirchhase
Pam Odenberg

BODY FLUID EXPOSURE   Y   N
EXPLAIN:

REPORT SIGNATURE: [signature]

# UNITED
## HOSPITAL SYSTEM
6308 EIGHTH AVENUE
KENOSHA, WI 53143-5082

| Patient Name | Patient Number |
|---|---|
| EGAN, RUSS | 38730500001-2 |

| Admission Date | Billing End Date | Statement Date | Amount Due |
|---|---|---|---|
| 09/09/06 | 09/09/06 | 10/17/06 | 1292.50 |

☐ Check  ☐ VISA  ☐ MC  ☐ DISCOVER  Pmt Amount$ _____

Card # _____  Expires On _____

Signature for credit card _____

Your physician, anesthesiologist, radiologist will bill you separately.
Please refer to your patient number on all correspondence.

1517   6   INSK 477   Forwarding Service Requested   P 1521

RUSS EGAN
36799 N GRANDWOOD DR
GURNEE IL 60031-1353

**United Hospital System, Inc.**
6308 8th Avenue
Kenosha WI 53143-5082

---

**PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE. SHOW ADDRESS ABOVE THROUGH WINDOW.**

| DATE | DESCRIPTION | CHARGES | PAYMENTS | AMOUNT DUE |
|---|---|---|---|---|
|  | EMERGENCY ROOM | 813.80 |  |  |
|  | RADIOLOGY | 472.90 |  |  |
|  | PHARMACY | 5.80 |  |  |
|  |  |  |  |  |
|  | RECEIVED NOV 17 2006 RAND S&E INSURANCE |  |  |  |
|  | ADJUSTMENTS: |  | 0.00 |  |
|  | PAYMENTS: |  | 0.00 |  |
|  |  | PAY THIS AMOUNT--> | | 1292.50 |

| Insurance Company Name(PRIMARY) | | Admission Date |
|---|---|---|
|  | | 09/09/06 |
| **Insurance Company Name(SECONDARY)** | | **Billing End Date** |
|  | | 09/09/06 |

This is a Final Request for payment. Payment is due within 7 days. If you need to make payment arrangements, please call 262-656-2800.



KENOSHA MEDICAL CENTER CAMPUS
ST. CATHERINE'S MEDICAL CENTER CAMPUS

If you have any questions, please call 262-656-2800.



| Patient Name | Patient Number | Statement Date |
|---|---|---|
| EGAN, RUSS | 38730500001-2 | 10/17/06 |

Page 1 of 1

```
200090 009002          000287L
PAGE 1 OF 1                          STATEMENT DATE    ACCOUNT NUMBER
                                       10/02/2006        1-4294003
```

KENOSHA EMERGENCY PHYSICIANS, LLC
PO BOX 3261
MILWAUKEE, WI 53201-3261

414-290-6720 OR 888-290-6720

SERVICES RENDERED AT UHS-ST. CATHERINES CAMPUS FOR RUSS EGAN

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/09/2006 | (CPT:99284)   LEVEL 4: EVALUATION | $285.00 |
| 09/09/2006 | (CPT:99053)   SERV BETWEEN 10PM & 8AM AT 24 HR FACILI | $39.00 |
| | WE HAVE NO INSURANCE COVERAGE LISTED FOR THIS VISIT. PLEASE CONTACT US WITH YOUR HEALTH, AUTO, OR WORKERS COMPENSATION INSURANCE AS IT RELATES TO THE ABOVE CHARGES. | |
| | THESE CHARGES ARE FOR EMERGENCY PHYSICIAN SERVICES ONLY. THEY ARE NOT INCLUDED IN YOUR HOSPITAL BILL. | |
| | PAYMENT DUE BY 10/12/2006--------> | $324.00 |

RECEIVED
NOV 17 2006
RAND S&E INSURANCE

Detach at perforation and return this portion with payment

☐ Address Change?
  Check box and write information on reverse side

Credit Card Payments
See reverse side

Make checks payable and mail to:
KENOSHA EMERGENCY PHYSICIANS, LLC
PO BOX 3261
MILWAUKEE, WI 53201-3261

| Account Number: | 1-4294003 |
| Statement Date: | 10/02/2006 |
| Payment Due Date: | 10/12/2006 |
| Pay this Amount: ➡ | $324.00 |

Amount Paid: $ ☐,☐☐☐.☐☐

RUSS EGAN
36799 GRANDWOOD DRIVE
GURNEE, IL 60031

0010000042940030003240000100000007

```
200090 009002          010311L
```

| | | STATEMENT DATE | ACCOUNT NUMBER |
|---|---|---|---|
| PAGE 1 OF 1 | | 10/09/2006 | 32-4306769 |

IHC KENOSHA RADIOLOGY, LLC
PO BOX 3261
MILWAUKEE, WI 53201-3261

414-290-6720 OR 888-290-6720

SERVICES RENDERED AT ST CATHERINES-RADIOLOGY FOR RUSS EGAN

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/09/2006 | (CPT:7303026LT)SHOULDER AP, COMPLETE, LT | $36.00 |
| 09/09/2006 | (CPT:7356226LT)KNEE, THREE VIEWS, LT | $36.00 |
| | WE HAVE NO INSURANCE COVERAGE LISTED FOR THIS VISIT. PLEASE CONTACT US WITH YOUR HEALTH, AUTO, OR WORKERS COMPENSATION INSURANCE AS IT RELATES TO THE ABOVE CHARGES. | |
| | THESE CHARGES ARE FOR RADIOLOGY PHYSICIAN SERVICES ONLY. THEY ARE NOT INCLUDED IN YOUR HOSPITAL BILL. | |
| | PAYMENT DUE BY 10/19/2006--------> | $72.00 |
| | RECEIVED NOV 17 2006 RAND S&E INSURANCE | |

Detach at perforation and return this portion with payment

Address Change?
☐ Check box and write information on reverse side

Credit Card Payments
See reverse side

Make checks payable and mail to:
IHC KENOSHA RADIOLOGY, LLC
PO BOX 3261
MILWAUKEE, WI 53201-3261

| Account Number: | 32-4306769 |
|---|---|
| Statement Date: | 10/09/2006 |
| Payment Due Date: | 10/19/2006 |
| Pay this Amount: ➡ | $72.00 |

Amount Paid: $☐,☐☐☐.☐☐

RUSS EGAN
36799 GRANDWOOD DRIVE
GURNEE, IL 60031

```
032000000430676900007200001000000002
```