**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RUSSELL EGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | Judge |
| LOCAL MOTION ENTERTAINMENT, | ) | Magistrate Judge |
| INC., and LOCAL MOTION | ) | |
| ENTERTAINMENT, INC., d/b/a WILMOT | ) | |
| SPEEDWAY, | ) | |
| | ) | |
| Defendants. | ) | |

```
FILED: JULY 23, 2008
08CV4182
JUDGE CASTILLO
MAGISTRATE JUDGE NOLAN
TG
```

**NOTICE OF FILING**

TO:     Law Offices of Robert N. Goshgarian
        220 West Washington
        Waukegan, Illinois 60085

Please take notice that I caused to be electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, on the 23rd day of July, 2008, the attached **Defendant's Petition for Removal, Appearance, and Civil Cover Sheet**.

By:     /s    Patrick    C.    Dowd_____
        Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I, an attorney, state that Defendant's Petition for Removal, Appearance, and Civil Cover Sheet were all served upon the above-listed attorney via U.S. mail by depositing the same in a U.S. mail box in the City of Chicago, Illinois, in an envelope with first class postage prepaid thereon before 5:00 pm on July 23, 2008.

By:     /s/ Patrick C. Dowd_____
        Attorney for Defendant

Patrick C. Dowd
DOWD & DOWD, LTD.
617 W. Fulton Street
Chicago, Illinois 60661
(312) 704-4400