**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RUSSELL EGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.:  08 CV 4182 |
| | ) | Judge Castillo |
| LOCAL MOTION ENTERTAINMENT, | ) | Magistrate Judge Nolan |
| INC., and LOCAL MOTION | ) | |
| ENTERTAINMENT, INC., d/b/a WILMOT | ) | |
| SPEEDWAY, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S MOTION TO WITHDRAW ITS PETITION FOR REMOVAL

LOCAL MOTION ENTERTAINMENT, INC., d/b/a WILMOT SPEEDWAY ("Defendant"), by and through its attorneys, Dowd & Dowd, Ltd., seeks to withdraw its petition for removal of this action.  In support of this motion, Defendant states as follows:

1. On July 23, 2008, Defendant filed with this Honorable Court its Petition for Removal based upon information current to that point in time.

2. On July 28, 2008, Defendant's attorneys received and verified new information regarding Defendant corporation.

3. On July 29, 2008, shortly before 9:00 am, Defendant's attorneys left a message with Plaintiff's attorney's office informing that Defendant would be seeking to file this Motion to Withdraw its Petition for Removal.

4. Based upon this new information verified on July 28, 2008, Defendant respectfully seeks to withdraw its Petition for Removal.

Respectfully Submitted,

/s/ Patrick C. Dowd
Attorney for Defendant
Local Motion Entertainment, d/b/a
Wilmot Speedway

Patrick C. Dowd
Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, Illinois 60661
(312) 704-4400
(312) 704-4500 fax
Attorney No.: 141
PCD/msk