## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| RUSSELL EGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 08 CV 4182 |
| | ) | Judge Castillo |
| LOCAL MOTION ENTERTAINMENT, | ) | Magistrate Judge Nolan |
| INC., and LOCAL MOTION | ) | |
| ENTERTAINMENT, INC., d/b/a WILMOT | ) | |
| SPEEDWAY, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:    Law Offices of Robert N. Goshgarian
220 West Washington
Waukegan, Illinois 60085

Please take notice that on **August 5, 2008, at 9:45 a.m.,** or as soon thereafter as counsel may be heard, and shall appear before Honorable Judge Ruben Castillo in the Courtroom usually occupied by him in Room 2141 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois and shall then and there present Defendant's Motion To Withdraw Its Petition For Removal.

By:    /s Patrick C. Dowd_____
Attorneys for Defendant

### CERTIFICATE OF SERVICE

I, an attorney, state that Defendant's Motion To Withdraw Its Petition For Removal was served upon the above-listed attorney via U.S. mail by depositing the same in a U.S. mail box in the City of Chicago, Illinois, in an envelope with first class postage prepaid thereon before 5:00 pm on July 29, 2008.

By:    /s/ Patrick C. Dowd_____
Attorney for Defendant

Patrick C. Dowd
DOWD & DOWD, LTD.
617 W. Fulton Street
Chicago, Illinois 60661
(312) 704-4400