# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4182 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Russell Egan vs. Local Motion Entertainment, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Defendant Local Motion Entertainment, Inc.'s motion to withdraw its petition for removal [6] is granted. This case is hereby remanded to the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|